UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
RAMON INOA-DILONE,

                    Plaintiff,

-against-

"JOHN DOE", first and last name being fictitious
and JOHN W. RITTER TRUCKING, INC.

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/10/2024

24 Civ. 2560 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On April 4, 2024, Defendants removed this action from New York State Supreme Court, Bronx County. ECF No. 1. Accordingly, by **April 16, 2024**, Plaintiff shall advise the Court if he seeks to contest removal. If so, the Court shall set a briefing schedule.

       By **April 12, 2024**, Defendants shall serve this order on Plaintiff and file proof of service on the docket.

       SO ORDERED.

Dated: April 10, 2024
       New York, New York

                                                    ANALISA TORRES
                                        United States District Judge