UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON INOA-DILONE,

                Plaintiff,

-against-

"JOHN DOE", first and last name being fictitious and JOHN W. RITTER TRUCKING, INC.

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/13/2024

24 Civ. 2560 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 16, 2024, the Court issued a briefing schedule as to Plaintiff's anticipated motion to remand. ECF No. 7. The Court has been advised that Plaintiff's counsel is in the process of finalizing admission to this district, and seeks a 45-day extension of the deadlines with Defendants' consent. Accordingly:

1. By **June 28, 2024**, Plaintiff shall file his motion to remand;
2. By **July 12, 2024**, Defendants shall file their opposition papers;
3. By **July 19, 2024**, Plaintiff shall file his reply, if any.

By **May 15, 2024**, Defendants shall serve this order on Plaintiff.

SO ORDERED.

Dated: May 13, 2024
New York, New York

                                                ANALISA TORRES
                                            United States District Judge