UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON INOA-DILONE,

        Plaintiff,

-against-

"JOHN DOE", first and last name being fictitious and JOHN W. RITTER TRUCKING, INC.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/4/2024_

24 Civ. 2560 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 2, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by December 2, 2024. ECF No. 15. Those submissions are now overdue.

    Accordingly, by **December 31, 2024**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: December 4, 2024
       New York, New York

ANALISA TORRES
United States District Judge