

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/2/2025__
```

December 31, 2024

Hon. Analisa Torres  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, NY 10007

                    **Re:**    Inoa-Dilone v. Doe et.al.  
                                   1:24-cv-02560

Dear Hon. Analisa Torres.

      This letter serves as a joint request to respectfully ask for a week extension for the joint discovery order that was to be submitted today, December 31, 2024. Due to illness and the holidays, said discovery order was unfortunately unable to be prepared with the thoroughness the parties require, and this Honorable Court deserves.

      The parties have not previously applied for an extension or adjournment of this matter.

                                                    Respectfully yours,

                                                    Rocco A. Totino, Esq.

GRANTED.  By **January 7, 2025**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 2, 2025  
       New York, New York

                                          ANALISA TORRES  
                                      United States District Judge