UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON INOA-DILONE,

                Plaintiff,

-against-

"JOHN DOE", first and last name being fictitious and JOHN W. RITTER TRUCKING, INC.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2025

24 Civ. 2560 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated January 7, 2025, the Court scheduled a case management conference in this matter for May 27, 2025, and directed the parties to file a joint status report no later than one week in advance of the conference. ECF No. 22 ¶¶ 15–16. That letter is now overdue. Accordingly, the case management conference is ADJOURNED to **June 2, 2025**, at **10:00 a.m.** By **May 27, 2025**, the parties shall file their joint update and inform the Court what issues, if any, they intend to raise at the conference.

    SO ORDERED.

Dated: May 21, 2025
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge