```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
RAMON INOA-DILONE,

                            Plaintiff,

        -against-                                    24 Civ. 2560 (AT)

"JOHN DOE", first and last name being fictitious     ORDER
and JOHN W. RITTER TRUCKING, INC.,

                            Defendants.
```

ANALISA TORRES, District Judge:

The Court has reviewed the parties' status report filed May 27, 2025. ECF No. 29. The parties' motion to extend the existing discovery deadlines is GRANTED. Fact discovery shall be completed by **June 27, 2025**. Expert discovery shall be completed by **August 8, 2025**.

The case management conference scheduled for June 2, 2025, is ADJOURNED to **July 21, 2025**, at **10:00 a.m.** By **July 14, 2025**, the parties shall submit a joint status update and inform the Court what issues, if any, they intend to raise at the conference.

SO ORDERED.

Dated: May 28, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge