```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON INOA-DILONE,

                 Plaintiff,

-against-

"JOHN DOE", first and last name being fictitious and JOHN W. RITTER TRUCKING, INC.,

                 Defendants.

24 Civ. 2560 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    A case management conference is currently scheduled for July 21, 2025. ECF No. 30. The parties were to file a joint status report not later than one week in advance of the conference. *Id.*; *see also* ECF No. 22 ¶ 16. They did not do so.

    Accordingly, the case management conference currently scheduled for July 21, 2025, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: July 16, 2025
         New York, New York

                                                  ANALISA TORRES
                                         United States District Judge