UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
RAMON INOA-DILONE,

                Plaintiff,

-against-

"JOHN DOE", first and last name being fictitious and JOHN W. RITTER TRUCKING, INC.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2025

24 Civ. 2560 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated July 16, the Court adjourned *sine die* the case management conference scheduled for July 21, 2025, because the parties did not submit a joint status report in advance of the conference. ECF No. 31. The parties were, however, directed to file any pre-motion letter regarding summary judgment within 14 days of the close of fact discovery, that is, by July 11. *See* ECF Nos. 22, 30. Those submissions are now overdue. Accordingly, by **September 2, 2025**, the parties shall file a joint status update indicating whether they will be filing pre-motion letters regarding summary judgment and whether they believe the case should be referred to a Magistrate Judge for settlement discussions.

    SO ORDERED.

Dated: August 26, 2025
       New York, New York

                                            ANALISA TORRES
                                  United States District Judge